```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 22381
   JERONE TYLER
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0332


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/29/2007 and was not confirmed.

     The case was dismissed without confirmation 01/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
DISCOVER BANK               UNSECURED           1842.59         .00          .00
CHASE                       UNSECURED         NOT FILED         .00          .00
CACH LLC                    NOTICE ONLY       NOT FILED         .00          .00
CITIBANK DRIVERS EDGE       UNSECURED         NOT FILED         .00          .00
UNIFUND CCR PARTNERS        NOTICE ONLY       NOT FILED         .00          .00
BAKER MILLER MARKOFF & K    NOTICE ONLY       NOT FILED         .00          .00
CLERK OF THE CIRCUIT CT     NOTICE ONLY       NOT FILED         .00          .00
HSBC NV                     UNSECURED         NOT FILED         .00          .00
HSBC NV                     UNSECURED         NOT FILED         .00          .00
JC PENNEY                   UNSECURED         NOT FILED         .00          .00
LVNV FUNDING                NOTICE ONLY       NOT FILED         .00          .00
MBNA AMERICA                UNSECURED         NOT FILED         .00          .00
NCO FINANCIAL SYSTEMS IN    NOTICE ONLY       NOT FILED         .00          .00
BANK OF AMERICA             NOTICE ONLY       NOT FILED         .00          .00
MID TOWN VIDEO              UNSECURED         NOT FILED         .00          .00
CBUSA INC                   NOTICE ONLY       NOT FILED         .00          .00
NELNET                      UNSEC W/INTER      21914.07         .00          .00
COLLEGE ACCESS NETWORK      NOTICE ONLY       NOT FILED         .00          .00
TCF NATIONAL BANK MINNES    UNSECURED         NOT FILED         .00          .00
AMERICAN COLLECTION         NOTICE ONLY       NOT FILED         .00          .00
DV PROPERTY MANAGEMENT      NOTICE ONLY       NOT FILED         .00          .00
JEFFERSON CAPITAL SYSTEM    UNSECURED           1151.06         .00          .00
PETER FRANCIS GERACI        DEBTOR ATTY        3,400.00                   736.00
TOM VAUGHN                  TRUSTEE                                        64.00
DEBTOR REFUND               REFUND                                        400.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,200.00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 22381 JERONE TYLER
```

```
ADMINISTRATIVE                                              736.00
TRUSTEE COMPENSATION                                         64.00
DEBTOR REFUND                                               400.00
                                   ---------------    ---------------
TOTALS                                    1,200.00           1,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                    PAGE   2
          CASE NO. 07 B 22381 JERONE TYLER